IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSEPH R. ALLEN**                                                                        **PETITIONER**
**REG #27249-045**

**v.**                         **CASE NO. 2:19-CV-00107-BSM**

**DEWAYNE HENDRIX**                                                **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE